# United States District Court
## Violation Notice

CVB Location Code: **NF16**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6471343 | Latner | 3770 |

6471343

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 10/04/2016  0909 | 38 CFR 1.218(b)(29) |

Place of Offense: Lot 5

Offense Description: Factual Basis for Charge
Employee Parked in ~~employee~~ visitor/patient only parking

HAZMAT ☐

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Richardson | Johnnie | |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| GJT574 | Fl | 16 | Chrysler/200 | ☐ | Grey |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ 15.00 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ 45.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)    Original - CVB Copy

---

(For issuance of an arrest warrant or summons)

I state that on **Oct 04**, 20**16** while exercising my duties as a law enforcement officer in the **Northern** District of **Florida**

I witnessed this grey Chrysler 200, Tag # GJT574, parked in visitor/patient parking only. VA Police Dispatch confirmed the vehicle was registered to Johnnie Richardson, employee. USDCVN # 6471343 was issued under 38CFR 1.218(b)(29).

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/04/2016    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident